IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.   CR. 03-10086-02

Torey Deberry

ORDER REFUNDING CASH APPEARANCE BOND

It appears to the Court that the above-named defendant on the 16th day of March, 2004, did cause a ten thousand dollar ($10,000) appearance bond to be posted on his behalf by posting 10% or $1000 in cash. Said $1000 was receipted in the name of Kelly Pirtle, receipt #J27080, having been deposited in the Registry Fund of this Court.

It now appears to the Court that the defendant has complied with the requirements of said bond and orders of this Court.

It is therefore ordered that the above-named defendant's appearance bond be cancelled and discharged, and the Clerk is directed to issue a check in the sum of one thousand dollars ($1000), payable to Kelly Pirtle, P.O. Box 751552, Memphis, TN, 38175, in full refund of the cash appearance bond posted herein.

Approved:

Robert R. Di Trolio, Clerk of Court

By: _____
Deputy Clerk

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 29 April 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  05-02-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 1:03-CR-10086 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Clayton F. Mayo
THE MAYO LAW FIRM
P.O. Box 7505
Jackson, TN 38302--750

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT